# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3-05-cv-51

| | | |
|---|---|---|
| **Amanda U. Ajuluchuku,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| **Bank of America** | ) | |
| **Defendants.** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Bank of America.

IT APPEARING TO THE COURT that the named defendant is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Bank of America.

**Signed: August 12, 2005**

Frank G. Johns, Clerk
United States District Court