
RECEIVED
CHARLOTTE, N.C.
AUG 23 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL NO. 3:05-CV-51

FILED
ASHEVILLE, N.C.
AUG 26 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| AMANDA U. AJULUCHUKU, | ) |
| Plaintiff, | ) |
| v. | ) |
| BANK OF AMERICA, | ) |
| Defendants. | ) |

## CONSENT ORDER TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER came on to be heard before the Honorable Dennis L. Howell, United States Magistrate Judge in the United States District Court for the Western District of North Carolina. The Court, understanding that the parties have reached a settlement as to all claims in this matter, and with the consent of Plaintiff Amanda U. Ajuluchuku, is of the opinion that the entry of default against Bank of America should be set aside, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, by and with the consent of Plaintiff, that the entry of default entered by the Clerk of Court against Bank of America on August 12, 2005 is hereby vacated and set aside.

This the 26th day of August, 2005.

_____
Dennis L. Howell
United States Magistrate Judge

1

WE CONSENT:

_____
Amanda U. Ajuluchuku, *Pro Se Plaintiff*
P.O. Box 12424
Seattle, Washington 98111


_____
Richard H. Conner, III
NC State Bar No.: 28480
Jonathan E. Buchan
N.C. State Bar No. 8205
HELMS MULLISS & WICKER PLLC
201 North Tryon Street
Charlotte, North Carolina 28231
Telephone: (704) 343-2000
*Attorneys for Bank of America Corporation*